■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ANZIANI, Appellant. [836 NYS2d 481]—Judgment of resentence, Supreme Court, New York County (Bruce Allen, J.), rendered on or about March 21, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Marlow, McGuire and Malone, JJ.